UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

**Sentencing Minute Sheet**
for the Honorable Fernando J. Gaitan, Jr., Chief U. S. District Judge, Kansas City, MO

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: 4:09-cr-00319-FJG-2 |
| vs. | |
| CLEMENTE RAYA | Date: 08/04/10 |

| Plaintiff Counsel | Defendant Counsel |
|---|---|
| Catherine A. Connelly, AUSA | Jacquelyn E. Rokusek |

Time Commenced: 9:04 am/ Time Terminated: 9:16 am   **TOTAL TIME**: 12 minutes

Parties appear for hearing. Defendant sworn. Government counsel makes oral motion regarding sentence to be imposed and for leave to file the written motion under seal - both motions granted. There are no objections to the PSIR, and the Court adopts the guideline provisions w/o change. Defendant's counsel makes statement regarding sentence to be imposed. Defendant makes statement and allocution granted.

The Defendant is sentenced to Count(s)_1_ .
**INCARCERATION:** defendant committed to custody of BOP for a total term of  105  Months.
**SUPERVISED RELEASE:** defendant placed on  5  Years of supervised release.
**FINE:** fine waived.
**SPECIAL ASSESSMENT:** $100.00 due immediately.
**SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION:** see J&C.

The denial of federal benefits IS NOT ordered.

At defendant's request, he/she be allowed to participate in the 500-hour intensive residential drug abuse treatment program while incarcerated; and the Court recommends defendant serve the period of incarceration at the facility in Greenville, IL or as close to that facility as possible to be near family.

Defendant remanded to custody of the USM.

| | |
|---|---|
| Court Reporter/ERO - Gayle Wambolt | Rhonda Enss, Courtroom Deputy |